UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

                Plaintiff(s),

v.                                            Case No. 2:12−cv−12597−BAF−MJH
                                                Hon. Bernard A. Friedman

John Does 1−43,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Quash − #5

                                                s/Bernard A. Friedman
                                                Bernard A. Friedman
                                                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/C. Mullins
                                                Deputy Clerk

Dated:   September 27, 2012