UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media LLC,

                Plaintiff(s),

v.                                              Case No. 2:12−cv−12597−BAF−MJH
                                              Hon. Bernard A. Friedman

John Does 1−43,

                Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Michael J. Hluchaniuk for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

      Motion to Extend − #12

                                              s/Bernard A. Friedman
                                              Bernard A. Friedman
                                              United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/C. Mullins
                                              Deputy Clerk

Dated:   October 15, 2012