UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case No. 12-12597 |
| Plaintiff, | Bernard A. Friedman |
| v. | United States District Judge |
| JOHN DOES 1-43, | Michael Hluchaniuk |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**ORDER FOR JOHN DOE DEFENDANT TO PROVIDE
CONTACT INFORMATION TO THE COURT**

Defendant John Doe, proceeding pro se, filed a motion to quash or modify subpoena on September 26, 2012. (Dkt. 5). District Judge Bernard A. Friedman referred this motion to the undersigned Magistrate Judge for hearing and determination on September 27, 2012. (Dkt. 6).

Defendant John Doe provided an email address, but did not provide his/her name, address or phone number. A party's name, address, email address and phone number are required pursuant to Local Rule 5.1(a)(1)(E)(ii). Accordingly, defendant John Doe must provide his/her full name, address and phone number to Magistrate Judge Michael Hluchaniuk's Chambers by **November 16, 2012**. This information must be sent to: U. S. District Court, Magistrate Judge Michael Hluchaniuk's Chambers, 600 Church Street, Room 112, Flint, Michigan 48502.

1

Defendant John Doe's name, address and telephone information will not be maintained in the Court file or disclosed by the Magistrate Judge's Chambers, until further order of the Court. This information will be used only for the purpose of serving defendant John Doe with any notices or orders generated by the Magistrate Judge's Chambers or for contacting defendant John Doe directly for any hearings that may be scheduled. Failure to provide timely and complete contact information may result in sanctions, including a dismissal of the motion to quash or modify subpoena.

    **IT IS SO ORDERED**.

Date: November 9, 2012          s/Michael Hluchaniuk
                                             Michael Hluchaniuk
                                             United States Magistrate Judge

**CERTIFICATE OF SERVICE**

    I certify that on November 9, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Paul J. Nicoletti and Jeffrey P. Thennisch and I sent via email to the following: johndoe1dash43@gmail.com.

                                             s/Tammy Hallwood
                                             Case Manager
                                             (810) 341-7887
                                             tammy_hallwood@mied.uscourts.gov