UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,
   Plaintiff(s),

v.                 Case No.   12-12597
                HON. BERNARD A. FRIEDMAN

DOES 1-43,

   Defendant(s).
_____/

**NOTICE OF SCHEDULING CONFERENCE WITH CASE MANAGER**
Judge Friedman may not be in attendance.

You are notified to appear on **THURSDAY,   JANUARY 24, 2013, at 10:00 A. M.** in the chambers of Judge Bernard A. Friedman, Room #100, Theodore Levin U. S. Courthouse, 231 West Lafayette, Detroit, Michigan for a scheduling conference on the above-referenced action. PLEASE BE PREPARED TO DISCUSS THE FOLLOWING:

  Summary of the case and issues; including subject matter jurisdiction

  Relationship to other cases

  Amendments to pleadings, additional parties, third-party, etc.

  Discovery progress – counsel is instructed to commence significant discovery prior to the conference.

  Mediation and Motion filing.

The purpose of this conference is to make the court aware of the issues involved, to discuss the possibility of settlement, and to establish dates for discovery cut-off, settlement conference, motion cutoff, pretrial and trial.

**Plaintiff in the above entitled case is directed to convene a conference with all counsel for the purpose of preparing a joint discovery plan in accordance with Fed. R. Civ. P. 26(f).   The discovery plan must be electronically filed with the Clerk of the Court seven days prior to the scheduling conference.   If the court prepares and files a scheduling order based upon the**

**submitted discovery plan; then the conference <u>may</u> be cancelled.**

The Court does not grant adjournments of scheduling conferences because trial counsel is unavailable.    Arrangements for teleconference can be made for out of town counsel by calling me at (313) 234-5172; plaintiff to initiate call-in information for scheduling conference.

January 3, 2013                                    Carol L. Mullins
                                                   Case Manager for the
                                                   Hon. Bernard A. Friedman

I hereby certify, that on January 3, 2013, I served the
foregoing document on all parties using the CM/ECF system
or U.S. Mail.

Carol L. Mullins
Deputy Clerk