IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC

    Plaintiff

    v.

John Does 1 - 43,

    Defendants.

Civil Action No.: 12-cv-12597

Honorable Bernard A. Friedman

## **APPEARANCE**

Please enter the Appearance of Jeffrey P. Thennisch, as counsel for Third Party Subpoena Recipient John Doe No. 27, in the above-captioned matter.

                        Respectfully submitted,

Dated: January 31, 2013

By: /s/ Jeffrey P. Thennisch
    Jeffrey P. Thennisch (P51499)
Attorney for Third Party Subpoena Recipient
Attorney At Law
29 West Lawrence Street, Suite 300
Pontiac, MI 48342
(810) 610-5640
jeff@musicrightslaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 31, 2013 I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel of record.

Dated:  January 31, 2013          /s/ Jeffrey P. Thennisch
                                            Jeffrey P. Thennisch (P51499)
                                            Attorney At Law
                                            29 West Lawrence Street, Suite 300
                                            Pontiac, MI 48342
                                            (810) 610-5640
                                            jeff@musicrightslaw.com