UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,                          Case No. 12-12597

       Plaintiff,                                  Bernard A. Friedman
v.                                                   United States District Judge

JOHN DOES 1-43,                             Michael Hluchaniuk
                                                     United States Magistrate Judge
       Defendants.
_____/

## ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DOE DEFENDANTS (Dkt. 36)

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until March 11, 2013 to effectuate service of a summons and Complaint upon each Defendant.

IT IS SO ORDERED.

Date: February 14, 2013                     s/Michael Hluchaniuk
                                                     Michael Hluchaniuk
                                                     United States Magistrate Judge

1

2

## CERTIFICATE OF SERVICE

I certify that on February 14, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Paul J. Nicoletti and Jeffrey P. Thennisch.

> s/Tammy Hallwood
> Case Manager
> (810) 341-7887
> tammy_hallwood@mied.uscourts.gov