UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-15, )<br>)<br>    Defendants. )<br>_____ ) | Case No.: 2:12-cv-13667-GCS-MKM |

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE 1

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1 ("Defendant") from this action without prejudice. Defendant was assigned the IP addresses 24.247.246.239. Plaintiff received the identifying information for this Defendant and plans on further investigating the information received by the internet service provider. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 5, 2013

                                            Respectfully submitted,

                                            NICOLETTI & ASSOCIATES, PLLC

                By:    /s/ *Paul J. Nicoletti*
                          Paul J. Nicoletti, Esq. (P44419)
                          36880 Woodward Ave, Suite 100
                          Bloomfield Hills, MI 48304
                          Tel: (248) 203-7800
                          Fax: (248) 203-7801
                          E-Fax: (248) 928-7051
                          Email: paul@nicoletti-associates.com
                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By:    */s/ Paul J. Nicoletti*