UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,        )<br>                            )<br>    Plaintiff,         )<br>                            )<br>v.                          )<br>                            )<br>JOHN DOES 1-43,            )<br>                            )<br>    Defendants.        )<br>_____) | Case No.: 2:12-cv-12597-BAF-MJH |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42 & 43 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42 & 43 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 97.71.17.27, 97.71.23.19, 208.53.114.90, 24.180.175.46, 68.188.164.166, 68.188.232.196, 75.128.130.176, 75.133.49.105, 75.134.169.153, 96.35.88.139, 173.14.33.241, 50.77.249.245, 107.5.164.163, 24.11.31.159, 50.133.30.27, 68.40.170.220, 68.40.48.35, 68.41.241.62, 68.43.240.123, 68.43.72.93, 68.60.151.73, 68.61.164.210, 69.136.155.72, 69.244.150.209, 69.245.122.80, 71.205.182.135, 71.205.41.102, 71.238.197.166, 76.112.17.150, 76.112.30.246, 98.209.19.37, 98.209.46.207, 98.250.52.173, 98.250.89.171, 198.111.164.100, 209.252.194.2, 50.4.162.109, 67.149.173.35 and 67.149.89.203, respectively. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Date:   March 20, 2013

1

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Paul J. Nicoletti*