UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-cv-12597-BAF-MJH |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-43, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE 34**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe 34 ("Defendant") from this action <u>without prejudice</u>. Defendant was assigned the IP address 76.112.34.124. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Date: April 10, 2013

                                           Respectfully submitted,

                                           NICOLETTI & ASSOCIATES, PLLC

By:    /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel: (248) 203-7800
        Fax: (248) 203-7801
        E-Fax: (248) 928-7051
        Email: paul@nicoletti-associates.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                              By:    /s/ *Paul J. Nicoletti*